**Opinion filed December 10, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00320-CV

_____

## IN THE INTEREST OF T.M. AND C.F., CHILDREN

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-2788-PC**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss her appeal. In her motion, she states that she no longer wishes to pursue the appeal.

The motion is granted, and the appeal is dismissed.

PER CURIAM

December 10, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.